UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| RACHEL L. KUNTZ, ROSEANNE KUNTZ, deceased, and R.O.B., minor child, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No.: 2:22-CV-34-TAV-CRW ) |
| RANDAL LEWIS, Carter County Trustee, ANDREA LEWIS, and CHAD LEWIS, | ) ) ) ) |
| Defendants. | ) ) |

# **ORDER**

This civil matter is before the Court on the Report and Recommendation (the "R&R") entered by United States Magistrate Judge Cynthia R. Wyrick on April 28, 2022 [Doc. 5]. In the R&R, Judge Wyrick granted plaintiffs' motion for leave to proceed *in forma pauperis* [Doc. 2] as to plaintiff Rachel Kuntz. However, Judge Wyrick recommends that the Court deny the motion to the extent that it seeks *in forma pauperis* status on behalf of plaintiffs Roseanne Kuntz or R.O.B. Additionally, after screening the complaint, Judge Wyrick recommends that the Court dismiss all of plaintiffs' claims for failure to state a claim. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

After a careful review of the matter, the Court agrees with Magistrate Judge Wyrick's recommendations. Accordingly, the Court **ACCEPTS AND ADOPTS IN WHOLE** Magistrate Judge Wyrick's R&R [Doc. 5].

The motion to proceed *in forma pauperis* [Doc. 2] as to plaintiffs Roseanne Kuntz and R.O.B. is **DENIED**. Plaintiffs Roseanne Kuntz and R.O.B.'s claims are hereby **DISMISSED WITHOUT PREJUDICE** and plaintiff Rachel Kuntz's claims are hereby **DISMISSED WITH PREJUDICE**.

There being no further issues before the Court, the Clerk of Court is **DIRECTED** to **CLOSE** the case.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE
